# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                             Case No.: 1:17−cr−00084
                                            Honorable Harry D. Leinenweber

Ivan Reyes Azarte

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 17, 2017:

    MINUTE entry before the Honorable Harry D. Leinenweber:as to Ivan Reyes Azarte, Status hearing held on 10/17/2017. Status hearing set for 11/28/2017 at 09:00 AM. Enter excludable delay in the interest of justice to begin 10/17/2017 and end 11/28/2017 pursuant to 18:3161(h)(7)(A)(B).Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.