UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IVAN REYES-ARZATE | No. 17 CR 084<br><br>Judge Harry D. Leinenweber |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, March 22, 2018, at 9:00 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Harry D. Leinenweber in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present, the Government's Motion to Continue Trial Date in the above-captioned case, at which time and place you may appear if you see fit.

JOHN R. LAUSCH, JR.
United States Attorney

By:  /s/ Katherine A. Sawyer
KATHERINE A. SAWYER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 697-4089