**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | Case No: 17 CR 84 |
| v. | ) ) ) | Judge Amy J. St. Eve |
| Ivan Reyes Azarte | ) ) ) | |

**ORDER**

(0:35) Change of plea hearing held on 5/11/18. Judge Leinenweber has considered the parties' views and the public interest in the effective administration of justice. Defendant enters a plea of nolo contendere to counts one and two of the indictment. Cause referred to the Probation Office for an expedited Pre-Sentence Investigation Report. Government's version of the offense shall be delivered to Probation by 5/18/18. Defendant's version by 5/25/18. Sentencing memoranda and objections to the PSR shall be filed by 8/8/18. Parties must also include their proposed conditions of supervised release and reasons for those proposals, as well as any objections to Probation's proposal of conditions of supervised release. Responses, if any, to the sentencing memorandum and to the proposed conditions of release shall be filed by 8/15/18. Sentencing set for 8/29/18 at 9:45 a.m. before Judge Leinenweber. The Probation Office is directed to disclose to counsel for both the government and the defendant the officer's sentencing recommendations. The Probation Office should provide this information to counsel at the same time it provides its recommendations to the Court. Defendant shall remain in custody as previously ordered.

Date: May 11, 2018

AMY J. ST. EVE
Emergency Judge, U.S. District Court