# United States Department of Justice
## Drug Enforcement Administration

This is to certify that

### Ivan Reyes Arzate

has successfully completed the

**Sensitive Investigative Unit Training Program**

conducted by the United States Drug Enforcement Administration International Training Section at

**Quantico, Virginia**

In testimony thereof I subscribe my name on this 21st day of November 2002

_Chief, International Training_

_Special Agent in Charge, Training_

_Administrator, Drug Enforcement Administration_





***The Organization of American States (OAS)***
***Inter-American Drug Abuse Control Commission (CICAD)***
*and the*
***Royal Canadian Mounted Police (RCMP)***

*certify that:*

*Ivan Reyes Arzate*

*attended the*

***DRUG ENFORCEMENT***
***INTERNATIONAL OBSERVER ATTACHMENT PROGRAM***
*at*
***Halifax, Nova Scotia***
***CANADA***

***29 September, 2003 to 3 October, 2003***

**Supt. Mike GAUDREAU,**
Director
Drug Branch
Royal Canadian Mounted Police

**Mr. Ihor MALYNIWSKY,**
Chief
Supply Reduction and Control
CICAD / OAS

# United States Department of Justice
## Drug Enforcement Administration

This is to certify that

**Ivan Reyes Arzate**

has successfully completed the

Safety Clandestine Laboratory Seminar

conducted by the United States Drug Enforcement Administration
International Training Section at
La Sede de la Agencia Federal de Investigación
México City, México

In testimony thereof I subscribe my name
on this  22 day of  July  20 05

_____  _____  _____
Administrator, Drug Enforcement  Special Agent in Charge, Training  Chief, International Training
Administration



# United States
## Department of Justice
### Federal Bureau of Investigation

*Presents this Certificate of Completion to*

**IVAN REYES ARZATE**

*In recognition of having successfully completed the*

**Latin America Law Enforcement Executive Development Seminar México**

*FBI Academy, Quantico, Virginia*
*September 5-28, 2007*



Raul E. Carballido
Legal Attaché Raul Carballido
FBI Mexico City, Mexico



Section Chief Daniel McMullen
FBI Academy, Quantico, Virginia



# FEDERAL BUREAU OF INVESTIGATION

*In conjunction with the*

## LOS ANGELES SHERIFF DEPARTMENT

*Certify that*

### Juan Reyes Arzate

*has successfully completed*

## Executive Leadership Training Course

Sept 18, 2008 - October 16, 2008
Los Angeles, California



_____
Leroy D. Baca, Sheriff
Los Angeles County

_____
Robert Loosle, Legal Attaché
Mexico City, Mexico

# United States Department of Justice
## Drug Enforcement Administration



This is to certify that

### Iván Reyes Arzate

has successfully completed the

**Sensitive Investigative Unit Training Program Advanced Course**

conducted by the United States Drug Enforcement Administration
International Training Section at

**Río Hato, Panamá**

In testimony thereof I subscribe my name
on this 2nd day of July 2010

_____
Administrator, Drug Enforcement
Administration

_____
Special Agent in Charge, Training

_____
Chief, International Training

# DRUG ENFORCEMENT ADMINISTRATION

UNITED STATES DEPARTMENT OF JUSTICE

PRESENTS THIS AWARD FOR

# SPECIAL ACT OR SERVICE

TO

Iván Reyes Arzate

FOR DEDICATION TO DUTY AND OUTSTANDING CONTRIBUTIONS



*Michele Leonhart*

Michele M. Leonhart
Administrator
August 2011

# DRUG ENFORCEMENT ADMINISTRATION
UNITED STATES DEPARTMENT OF JUSTICE

PRESENTS THIS

# CERTIFICATE OF APPRECIATION

TO   Iván Reyes Arzate
　　　Comisario

FOR
OUTSTANDING CONTRIBUTIONS IN THE FIELD OF DRUG LAW ENFORCEMENT

_____
Briane M. Grey   / 2012
Acting Special Agent in Charge



# Drug Enforcement Administration

United States
Department of Justice

PRESENTS THIS

# CERTIFICATE of APPRECIATION

TO

*Iván Reyes Arzate*

*Comisario*

FOR

*Your Invaluable Assistance in
Operation "Mamá y Papá"
December 18, 2013*

*Paul K. Craine, Regional Director*



COMISARIO IVAN REYES-ARZATE
Director General de Investigacion Sensitiva

In appreciation for your dedication into
SIU Op "Mama-Papa"
Mexico City Country Office Op "Class Act"
NYOCDESF Op "Sombrero"

From Your Friends at the
NEW YORK ORGANIZED CRIME
DRUG ENFORCEMENT STRIKE FORCE
GROUP Z-52
April 2014



# United States Department of Justice
## Drug Enforcement Administration

This is to certify that

### Ivan Reyes Arzate

has successfully completed the

**Mexico Federal Law Enforcement Analysis Training**

conducted by the United States Drug Enforcement Administration
International Training Section at

**Quantico, Virginia**

In testimony thereof I subscribe my name
on this 22nd day of May 2014

_____
Administrator, Drug Enforcement Administration

_____
Special Agent in Charge, Training

_____
Chief, International Training




# Department of Defense
## Western Hemisphere Institute for Security Cooperation

Be it Known That

### COL
### Reyes Arzate, Ivan

Has successfully completed the academic requirements for the

### Joint Operations Course
### (JSO)

In witness thereof, and by the authority vested in us, We do award this

### DIPLOMA

Given this 22nd day of October, 2015
Fort Benning, Georgia, USA

ABEL TAVERA
CSM, USA
Command Sergeant Major

KEITH W. ANTHONY
COL, Special Forces
Commandant

# INTERNATIONAL STUDENT ACADEMIC REPORT
(For International Military Students attending CONUS schools.)
(See AR 12-15, AFJI 16-105, and SECNAVINST 4950.4 for forms completion instructions.)

| 1. FORWARDING ADDRESS (Subsequent training, if applicable, or country SAO) | 2. FROM (Training installation preparing form) |
|---|---|
| | |

| 3. STUDENT NAME (Last, First, Middle Initial) | 4. GRADE/RANK | 5. COUNTRY | 6. FMS CASE OR IMET FY AND WCN |
|---|---|---|---|
| Reyes Arzate, Ivan | COL | Mexico | |

| 7. COURSE TITLE | 8. COURSE ID NO. | 9. COURSE MASL | 10. DURATION OF COURSE | |
|---|---|---|---|---|
| JOINT OPERATIONS COURSE | OPME-5 | B121430 | a. FROM (YYMMDD) 150826 | b. TO (YYMMDD) 151022 |

| 11. DID STUDENT COMPLETE COURSE? (X one) | 12. STUDENT WAS AWARDED: (X one) | 13. ENGLISH COMPREHENSION LEVEL (Enter test score) | |
|---|---|---|---|
| X YES / NO (Explain in Item 15) | X a. DIPLOMA/CERTIFICATE OF COMPLETION / b. CERTIFICATE OF ATTENDANCE / c. OTHER (Explain in Item 15) | a. IN-COUNTRY TEST N/A | b. CONUS TEST N/A |

## 14. STUDENT'S ACADEMIC EVALUATION

| a. RATINGS SCALE (Enter in Items 14.b. and 14.c.) | b. LANGUAGE PROFICIENCY | c. PERFORMANCE IN CLASS | |
|---|---|---|---|
| 1 EXCEPTIONAL | (1) COMPREHENSION | ITEM | RATING |
| 2 EXCELLENT | | (1) ATTITUDE AND MOTIVATION | 1 |
| 3 VERY SATISFACTORY | (2) SPEAKING | (2) ATTENDANCE AND PUNCTUALITY | 1 |
| 4 SATISFACTORY | | (3) ABILITY TO GRASP INSTRUCTION | 2 |
| 5 UNSATISFACTORY (Explain in Item 15) | (3) READING | (4) PERFORMANCE IN PRACTICAL EXERCISES | 2 |
| | | (5) PARTICIPATION IN CLASS ACTIVITIES | 2 |
| 6 NOT OBSERVED (Explain in Item 15) | (4) WRITING | (6) POTENTIAL AS INSTRUCTOR (If applicable) | 2 |

**15. REMARKS ON ACADEMIC PERFORMANCE, AWARDS, AND OTHER INFORMATION** (Use back if more space is required)

During the Joint Operations Course at WHINSEC, COL Reyes' performance can be characterized as excellent, graduating with a grade point average of 3.59, and distinguishing himself for his active participation, dedication, and professionalism. This 255 hour course establishes a common level of understanding in joint operations for all students who will serve in a joint, combined and multinational force and educates and trains senior officers to serve as senior headquarters staff members of commanders who are capable of operating, and employing the Army's operational concept of unified land operations. The mix of senior seasoned military and national police officers in the course provides for an invaluable experience that will pay dividends in terms of regional security cooperation relationships that will last a lifetime. To demonstrate his level of learning, COL Reyes conducted numerous presentations and briefings, exams, written argumentative essays, and actively participated in multiple practical exercises, and daily group dynamics. This course included a 40 hour joint operations professional development exercise in which 8 major joint commands were visited within the US with the opportunity of developing on the ground experiences and further developing the relations of these future leaders of their respective countries and in addition provides for many beneficial cultural opportunities.

**16. REMARKS ON STUDENT'S PARTICIPATION IN EXTRACURRICULAR AND COMMUNITY AFFAIRS** (On and off training installation) (Use back if more space is required)

COL Reyes participated in the Field Studies Program with the opportunity to visit the City of Atlanta and all its surrounding areas. The course had the opportunity to visit the National Infantry Museum.

**17. EVALUATOR**

| a. NAME (Last, First, Middle Initial) | b. GRADE | c. SIGNATURE |
|---|---|---|
| GREGORY, NEIL | MAJOR | |

**18. INTERNATIONAL MILITARY STUDENT OFFICER**

| a. NAME (Last, First, Middle Initial) | b. GRADE | c. SIGNATURE |
|---|---|---|
| Jose A. Recio | GS12 | |

DD FORM 2496, FEB 96 — PREVIOUS EDITION IS OBSOLETE. — Adobe Professional 8.0