245B (Rev. 04/23/2018) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page 2 of 9

DEFENDANT: IVAN REYES AZARTE
CASE NUMBER: 1:17-CR-00084(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**40 months as to counts 1 and 2 of the indictment, to run concurrent.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at     on

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 pm on

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

The GEO Group, Inc.
Moshannon Valley Correctional Center
555 GEO Drive
Philipsburg, PA 16866

Defendant delivered on 12-17-2018 at _____, with a certified copy of this judgment.

FILED
DEC 27 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Estaigr act
UNITED STATES MARSHAL Warden

By _____
DEPUTY UNITED STATES MARSHALS